**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-6678**

_____

UNITED STATES OF AMERICA,

                      Plaintiff - Appellee,

    versus

GARY E. WEST,

                      Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-96-269-A, CA-97-381-AM)

_____

Submitted: November 6, 1997     Decided: November 25, 1997

_____

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Larry Cecil Brown, Jr., BRODNAX & JENKINS, Alexandria, Virginia, for Appellant. Richard Christian Pilger, IV, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. West, Nos. CR-96-269-A; CA-97-381-AM (E.D. Va. Apr. 14, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED